AO 455(Rev. 5/85) Waiver of Indictment

FILED
FEB 19 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

## *UNITED STATES DISTRICT COURT*

## *SOUTHERN DISTRICT OF CALIFORNIA*

UNITED STATES OF AMERICA

v.

ROBERTO GARCIA-SALAS

**WAIVER OF INDICTMENT**

CASE NUMBER: 08cr420 -JLS

I, ROBERTO GARCIA-SALAS, the above named defendant, who is accused committing the following offense:

Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor); Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony); Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on February 19, 2008 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Roberto-Garcia
Defendant

Joseph Milchen
Counsel for Defendant

Before
JUDICIAL OFFICER